111 A.3d 1111

IN THE MATTER OF GLENN L. CAVANAGH, AN ATTORNEY
AT LAW (ATTORNEY NO. 042582000).

April 17, 2015.

## ORDER

This matter having been opened to the Court by the Director of the Office of Attorney Ethics and with the consent of **GLENN L. CAVANAGH,** who was admitted to the bar of this State in 2000, to be transferred to disability inactive status pursuant to *Rule* 1:20–12;

And the Office of Attorney Ethics and respondent having agreed that respondent lacks the capacity to practice law;

And good cause appearing;

It is ORDERED that **GLENN L. CAVANAGH** is hereby transferred to disability inactive status, effective immediately; and it is further

ORDERED that **GLENN L. CAVANAGH** is hereby restrained from practicing law during the period that he remains on disability inactive status; and it is further

ORDERED that **GLENN L. CAVANAGH** comply will *Rule* 1:20–20 governing incapacitated attorneys.